IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MONTE C. CONDRACK,

               Plaintiff,

    v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

               Defendant.

ORDER

22-cv-741-wmc

---

    Pursuant to a stipulation for remand (dkt. #12) filed by the parties on May 26, 2023, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

    Entered this 26th day of May, 2023.

                            BY THE COURT:

                            /s/
                            _____
                            WILLIAM M. CONLEY
                            District Judge